**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Greenbelt Division)**

LORI KOONTZ, R.N.                          )
                                          )
      Plaintiff,                      )
                                          )
v.                                        )      Case No. 8:12-CV-00407-AW
                                          )
RADIOLOGISTS ON CALL, LLC, et al.         )
                                          )
      Defendants.                     )
_____

**MOTION IN LIMINE TO EXCLUDE**
**CUMULATIVE EXPERT WITNESS TESTIMONY**

Plaintiff Lori Koontz, R.N., by counsel, hereby respectfully moves pursuant to Federal Rule of Evidence 403 to exclude cumulative expert witness testimony in this medical malpractice case.

As set forth in the accompanying Memorandum of Law, Defendants have identified six expert witnesses to testify as to causation/damages alone, in addition to two expert witnesses to testify as to standard of care.  This overkill tactic serves no purpose other than to give a jury the false impression that testimony by weight of repetition equals merit.

Plaintiff respectfully moves the Court to grant this Motion in Limine, and compel Defendants to limit the presentation of expert witness testimony as to causation/damages issues. Defendants should be compelled to elect no later than 30 days before trial.

Plaintiffs' counsel contacted Defendants' counsel who would not consent to the relief sought.

Dated: November 7, 2013                     Respectfully submitted,

                                            BRUCE J. KLORES & ASSOCIATES, P.C.


                                            /S/ Bruce J. Klores
                                            Bruce J. Klores (#03320)
                                            1735 20th Street, N.W.
                                            Washington, DC 20009
                                            P: (202) 628-8100
                                            F: (202) 628-1240
                                            bjk@klores.com

                                            PERRY CHARNOFF PLLC

                                            /S/ Scott M.  Perry
                                            Scott M. Perry (#14763)
                                            Mikhael D. Charnoff
                                            2300 Wilson Blvd., Suite 240
                                            Arlington, VA 22201
                                            P:  (703) 291-6650
                                            F:  (703) 563-6692
                                            scott@perrycharnoff.com
                                            mike@perrycharnoff.com

                                            *Counsel for Plaintiff*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 7th day of November, 2013, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

Andrew J. Marter, Esq.
Armstrong, Donohue, Ceppos, Vaughan & Rhoades, Chtd.
204 Monroe Street, Suite 101
Rockville, MD 20850
*Counsel for Defendants*


<u>/S/Scott M. Perry</u>


Koontz/MIL