**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND**
**(Southern Division)**

| | | |
|---|---|---|
| **LORI KOONTZ, R.N.** | * | |
| Plaintiff | * | |
| vs. | * | Civil Action No. AW 12 CV 0407 |
| **RADIOLOGISTS ON CALL, LLC, et al.** | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### STIPULATION OF DISMISSAL WITH PREJUDICE

To the Clerk of the Court:

The parties, by and through their undersigned counsel, hereby stipulate and agree pursuant to Rule 41 of the Federal Rules of Civil Procedure that all claims, actions, and causes of action in the above-captioned case are hereby dismissed WITH PREJUDICE. All parties shall bear their own costs.

    Respectfully submitted,

    **ARMSTRONG, DONOHUE, CEPPOS,**
    **VAUGHAN & RHOADES, CHARTERED**

    *Andrew J. Marter* /S/
    Andrew J. Marter, Esquire, Bar# 13039
    204 Monroe Street, Suite 101
    Rockville, MD   20850
    301/251-0440
    Attorneys for Defendants

                                    **BRUCE J. KLORES & ASSOCIATES, PC**

                                    *Bruce J. Klores   /S/*
                                    Bruce J. Klores, Esquire, Bar# 03320
                                    1735 20th Street, NW
                                    Washington, DC  20009
                                    202-628-8100
                                    Attorneys for Plaintiff

## **CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that on this 27th day of November, 2013, a copy of the foregoing Stipulation of Dismissal With Prejudice was served electronically by way of the Court's e-filing system and/or mailed, postage prepaid to:

Bruce J. Klores, Esquire
1735 20th Street, N.W.
Washington, DC  20009

Scott M. Perry, Esq.
Mikhael D. Charnoff, Esq.
2300 Wilson Blvd., Suite 240
Arlington, VA  22201

                                    *Andrew J. Marter   /S/*
                                    Andrew J. Marter