**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION**

| | |
|---|---|
| LORI KOONTZ,<br><br>Plaintiff,<br><br>v.<br><br>RADIOLOGISTS ON CALL, LLC et al.,<br><br>Defendants. | Civil Action No. 8:12-cv-00407-AW |

## **ORDER**

Plaintiff has filed a stipulation of dismissal with prejudice.

IT IS, **this 3rd day of December, 2013**, by the U.S. District Court for the District of Maryland, hereby **ORDERED**:

1)   That the Court **APPROVES** Plaintiff's stipulation of dismissal (Doc. No. 44);

2)   That the Clerk **CLOSE** the case;

3)   That the Clerk transmit a copy of this Order to all counsel of record.


December 3, 2013                                                        /s/
       Date                                              Alexander Williams, Jr.
                                                         United States District Judge

1